```
        UNITED STATES
       DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
          PITTSBURGH Division

     # 06001631  -  MR
     January 19, 2006

Code    Case #    Qty      Amount

1ST CIVI 00-2206            14.00 CH
```

TOTAL → 00-2206    14.00

New bal 136.00

```
FROM: ALLEGHENY COUNTY PRISON
      950 SECOND AVENUE
      PITTSBURGH PA  15219
      33 BEY, ROBERT LEE
```