```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division

       # 08004282 - ML
         July 24, 2008


   Code    Case #   Qty    Amount

   1ST CIVI 00-2206         5.00 CH

          CA00-2206
   TOTAL→                    5.00
```

New Bal $131.00

```
FROM: ROBERT LEE BAY
      ALLEGHENY COUNTY PRISON
      950 SECOND AVENUE
      PITTSBURGH PA 15219
```

Robert Lee Bay